**2003–0449.   Kendrick v. Ford Motor Co.**
Stark App. No. 2002CA00209, 2003-Ohio-264. This cause is pending before the court as an appeal from the Court of Appeals for Stark County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2003–0453.   Hazuka v. Ford Motor Co.**
Stark App. No. 2002CA00210, 2003-Ohio-258. This cause is pending before the court as an appeal from the Court of Appeals for Stark County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2003–0454.   Wright v. Ford Motor Co.**
Stark App. No. 2002CA00211, 2003-Ohio-265. This cause is pending before the court as an appeal from the Court of Appeals for Stark County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *07/24/2003 Case Announcements # 2,* 2003-Ohio-3934.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*July 24, 2003*

## MOTION AND PROCEDURAL RULINGS

**2003–1270.   State ex rel. Mahoning Cty. Commrs. v. Maloney.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relators' motion for an expedited alternative writ,

IT IS ORDERED by the court that the motion and an alternative writ be, and hereby are, granted, and that the underlying contempt proceedings be, and hereby are, stayed pursuant to S.Ct.Prac.R. X(6).

IT IS FURTHER ORDERED that this cause be held for the decision in Supreme Court case No. 2003–0171, *State ex rel. Maloney v. Sherlock et al.*

[Cite as *07/30/2003 Case Announcements,* 2003-Ohio-3957.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*July 30, 2003*

## MERIT DECISIONS WITHOUT OPINIONS

**2003–0924.   State ex rel. Sloan v. Crott.**
In Mandamus. On complaint in mandamus of Marshall Sloan. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'DONNELL, JJ., concur. O'CONNOR, J., would grant an alternative writ.